D. L. Tarjan, appellee, v. Peter Sarelas, appellant.  Gen. No. 34,463.

Opinion filed April 15, 1931.

D. G. Michalopoulos, for appellant; B. M. Shaffner, of counsel. Lefkow & Lefkow, for appellee.

Mr. Justice Friend delivered the opinion of the court.

Robert R. Anderson Company, appellant, v. Oscar Selzer, appellee. Gen. No. 34,517.

Opinion filed April 15, 1931.

Ela, Grover & March, for appellant.  Jacob Katz and Max Lurie, for appellee.

Mr. Justice Friend delivered the opinion of the court.

S. R. Burgoyne, appellee, v. J. L. Pyle et al., defendants, on appeal of Henry Baase et al., appellants.  Gen. No. 34,538.

Opinion filed April 15, 1931.

Nicholson, Crandall & Snyder, for appellants.  A. S. and E. W. Froehlich, for appellee S. R. Burgoyne; John E. Owens, for appellee William Borrmann; Clyde C. Fisher, of counsel.

Mr. Justice Friend delivered the opinion of the court.

Andra Jankaitis, appellee, v. Fort Dearborn Automobile Insurance Company, appellant.  Gen. No. 34,593.

Opinion filed April 15, 1931.  Rehearing denied April 27, 1931.

Alden, Latham & Young, for appellant; Hobart P. Young and Paul M. Mitchell, of counsel.  Einar C. Howard, for appellee.

Mr. Justice Friend delivered the opinion of the court.